# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Billy Joseph Edwards,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00070-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Eric Hooks,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order signed on March 30, 2019 and entered on April 2, 2019.

April 2, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court